Frank P. Arleo – 6606
**ARLEO & DONOHUE, LLC**
622 Eagle Rock Avenue
West Orange, NJ 07052
(973) 736-8660 – Fax No. (973)736-1712
Frank.arleo@arleodonohue.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| R. DANIEL GENTLES,<br><br>**Plaintiff,**<br><br>vs.<br><br>BLUE HORIZON INNOVATIONS LLC,<br>a Florida Limited Liability Company, and<br>DAVID L. FRANK, an individual,<br><br>**Defendants.** | Civil No.: 2:21-cv-16420 -CCC-CLW<br><br><br>**CERTIFICATION OF COUNSEL** |

     FRANK P. ARLEO, hereby certifies as follows:

     1.    I am an attorney-at-law and a member of the law firm of Arleo & Donohue, LLC, attorneys for Plaintiff, Daniel Gentles in this matter.

     2.    I am fully familiar with the facts of this case and respectfully submit this Certification in support of my motion to be relieved as counsel.

     3.    I have represented Plaintiff since September of 2021 in this matter. Plaintiff has asserted claims for breach of contract and other claims relating to the alleged breach of a commission agreement.

     4.    Settlement discussions are ongoing but the parties are still far apart on a resolution.

5. Plaintiff and I are in a disagreement of how best to proceed in this matter and this disagreement has caused our relationship to be irretrievably broken.

6. Accordingly, I am requesting that the Court grant my motion to be relieved as counsel in this matter.

I certify that the within statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

ARLEO & DONOHUE, LLC

By: */s/ Frank P. Arleo*
Frank P. Arleo

Dated: June 9, 2025